MARGARET JACKSON v. FARREL COMPANY, DIVISION
OF USM CORP.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SYLVESTER BROWN.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES D. HAWKINS.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL H. BROWN.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL DHONDT.

July 2, 1982.

Petition for certification denied.